UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marvise Rennalls,
Plaintiff, Pro Se

v.

Village of Ossining and Kevin Sylvester,
Defendants.

> Application denied without prejudice. The Court refers Plaintiff to the Pro Se Intake Unit for procedural questions, with contact information as follows: (212) 805-0175.
>
> The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 26.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> September 4, 2025

**Letter Motion Requesting Use of Courthouse Conference Room**

Date: August 29, 2025

The Honorable Philip M. Halpern
United States District Judge
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

Re: Rennalls v. Village of Ossining, et al., No. 25-CV-1587 (PMH) — Request to use courthouse conference room on September 25–26, 2025

Dear Judge Halpern:

I am the pro se plaintiff in the above-referenced matter. Pursuant to the Court's inherent authority to manage proceedings, I respectfully move for permission to use a courthouse conference room at the White Plains courthouse on two consecutive days to facilitate party depositions in this case.

Specifically, Plaintiff requests use of a courthouse conference room on **Thursday, September 25, 2025, from 9:30 AM to 5:00 PM to conduct the deposition of Defendant Kevin Sylvester** pursuant to Fed. R. Civ. P. 30. Plaintiff further requests use of the courthouse conference room on **Friday, September 26, 2025, from 9:30 AM to 5:00 PM to accommodate Defendants' noticed deposition of Plaintiff.**

Good cause exists for this request because:
1. Neutral and secure location. A courthouse setting will ensure a professional, neutral environment.

2. Accessibility. White Plains is accessible by public transit.

3. Efficiency. Scheduling both depositions on consecutive days at the courthouse will allow the parties to complete discovery in a fair and efficient manner, reduce transportation burdens, and minimize disputes about location.

Meet-and-Confer / Notice to Opposing Counsel

On August 27, 2025, Plaintiff notified defense counsel in writing of her intent to depose Defendant Kevin Sylvester and a Rule 30(b)(6) designee of the Village of Ossining pursuant to Fed. R. Civ. P. 30. Plaintiff further advised defense counsel that she has submitted this letter motion requesting use of a courthouse conference room, and proposed reserving **Thursday, September 25, 2025, for the deposition of Defendant Sylvester and Friday, September 26, 2025** for Defendants' deposition of Plaintiff. Plaintiff advised that, upon the Court's ruling on this motion, she will promptly serve a formal deposition notice with confirmed dates and Rule 30(b)(6) topics.

Accordingly, Plaintiff respectfully requests that the Court authorize the use of a courthouse conference room on **Thursday, September 25, 2025 and Friday, September 26, 2025, from 9:30 AM to 5:00 PM each day**, and direct the parties to coordinate with the Courtroom Deputy regarding room assignment and logistics.

Thank you for the Court's consideration.

Respectfully submitted,

Marvise Rennalls, Plaintiff pro se
609 Depew Street
Peekskill, N.Y. 10566
914-354-7498/Email: Shakira642@icloud.com

CC: H. Miller, Bond, Schoeneck & King PLLC, 10 Bank Street, White Plains, NY 10606,
J. Giorgano, Bond Schoeneck & King PLLC, 10 Bank Street, White Plains, NY 10606