UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVISE D. RENNALLS,

           Plaintiff,

-against-

VILLAGE OF OSSINING, et al.,

           Defendants.

**ORDER**

25-CV-01587 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 19, 2025, Plaintiff filed a document entitled "Plaintiff's Third Request for Production of Documents (Fed. R. Civ. P. 34)" (Doc. 34). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery demands docketed on September 19, 2025 (Doc. 34) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
       September 23, 2025

_____
Philip M. Halpern
United States District Judge