

**COHEN & GRESSER LLP**

Daniel H. Tabak
212-957-7606
dtabak@cohengresser.com

**VIA ECF**

Hon. Philip M. Halpern
U.S. District Court
Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601-4150

Application granted.

Plaintiff shall, by June 29, 2026, serve upon Defendant her responses to Defendants' Rule 56.1 Statement (Doc. 71-1), together with any counterstatement of facts in a single document so as to comply with Rule 4(E) of the Court's Individual Practices. Defendants' responses to any counterstatement of facts shall be served upon Plaintiff by July 13, 2026. The combined Rule 56.1 Statement shall be filed together, as one joint document, by no later than July 17, 2026.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 74.

SO ORDERED.



Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
June 12, 2026

Re: *Rennalls v. Village of Ossining et al., Case No. 7:25-cv-01587 (PMH)*

Dear Judge Halpern:

We write the Court to respectfully request a two-week extension of the Rule 56.1 Statement deadlines to allow additional time to familiarize ourselves with the case.

Pursuant to the Court's May 5, 2026 Order (ECF No. 73), Plaintiff's responses to Defendants' Rule 56.1 Statement (ECF No. 71-1), together with any counterstatement of facts, is due on June 15, 2026. Defendants' responses to any counterstatement of facts are to be served upon Plaintiff by June 29, 2026. The combined Rule 56.1 Statement is due by July 3, 2026.

We request that the dates be moved two-weeks as follows: (1) Plaintiff's responses to Defendants' Rule 56.1 Statement and any counterstatement would be due June 29, 2026; (2) Defendants' responses to any counterstatement would be served by July 13, 2026; and (3) the combined Rule 56.1 Statement would be due by July 17, 2026.

The summary judgment briefing schedule would remain the same with Plaintiff's opposition due by July 28, 2026 and Defendants' reply due on August 11, 2026.

This is Plaintiff's second request for an extension. Defendants consent to this request. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Daniel H. Tabak*
Daniel H. Tabak

*Counsel for Plaintiff Marvise D. Rennalls*