UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVISE D. RENNALLS,

                    Plaintiff,

          -against-

VILLAGE OF OSSINING, et al.,

                    Defendants.

**ORDER**

25-CV-01587 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 15, 2026, the Court issued an Order that directed Plaintiff, in pertinent part, to *"serve upon Defendant* her responses to Defendants' Rule 56.1 Statement . . . together with any counterstatement of facts in a single document." (Doc. 75). On June 29, 2026, however, Plaintiff filed responses to Defendants' Rule 56.1 Statement, along with a counterstatement of facts and associated declarations, in contravention of the Court's Order. (Docs. 76-81).

Accordingly, the Court respectfully directs the Clerk of Court to strike the Rule 56.1 materials docketed on June 29, 2026 (Docs. 76-81) from the docket but retain the summary docket text for the record. The Parties are directed to comply with the remaining directives of the Court's Order and file the "combined Rule 56.1 Statement . . . together, as one joint document, by no later than July 17, 2026." (Doc. 75).

Dated: White Plains, New York
       June 30, 2026

_____
Philip M. Halpern
United States District Judge